FILED
DEC 16 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

ENTERED
DEC 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:   Rab Nott | Case No. 6:10-bk-48042-DS |
| | Chapter 13 |
| | **ORDER AND NOTICE OF ORDER RE: DISMISSAL PURSUANT TO 11 U.S.C. § 109 (g)** |
| Debtor. | |

The court, having *sua sponte* considered the petition filed by, or on behalf of, the above named Debtor, and finding that the filing of the petition was part of a continuing scheme to hinder, delay or defraud creditors coupled with a willful failure of debtors to abide by the orders of the court or to appear before the court in proper prosecution of the case, it is

**ORDERED** that the above referenced chapter 13 case is dismissed; and it is further

**ORDERED** that the Debtor is hereby enjoined from filing a subsequent petition under title 11 of the United States Code for a period of 180 days from the date of this order pursuant to 11 U.S.C. § 109(g)(1).

DATED: DEC 16 2010

_____
Deborah J. Saltzman
United States Bankruptcy Judge